**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1111**

_____

ELI YECHESKEL; KAREN YECHESKEL,

             Plaintiffs - Appellants,

        v.

BANK OF AMERICA CORPORATION, f/k/a Countrywide Financial
Corporation; EXPERIAN INFORMATION SOLUTIONS, INCORPORATED,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-02335-RWT)

_____

Submitted:  December 16, 2010       Decided:  December 22, 2010

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eli Yecheskel, Karen Yecheskel, Appellants Pro Se.  Glenn Cline,
BALLARD SPAHR, LLP, Baltimore, Maryland; Sandy David Baron, Alan
Barry Sternstein, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA,
Potomac, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eli and Karen Yecheskel appeal the district court's order granting Defendants' motions for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Yecheskel v. Bank of Am. Corp.</u>, No. 8:09-cv-02335-RWT (D. Md. Jan. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>